UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _15-2717- white_

UNITED STATES OF AMERICA

vs.

**NORMA ARACELY SIERRA FIGUEROA,**

    Defendant.

_____ /

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

BY: _/s/ Diane Patrick_
      DIANE PATRICK
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 770744
      99 N. E. 4th Street
      Miami, Florida   33132-2111
      TEL (305) 961-9414
      FAX (305) 536-4699

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

NORMA ARACELY SIERRA FIGUEROA

CRIMINAL COMPLAINT

CASE NUMBER: 15-2717-white

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 25, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, NORMA ARACELY SIERRA FIGUEROA, did knowingly possess and use and attempt to use a United States visa, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about MAY 25, 2015, the defendant, NORMA ARACELY SIERRA FIGUEROA, arrived at Miami International Airport aboard American Airlines Flight #956 from Tegucigalpa, Honduras. The defendant presented a Honduran passport and a U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers discovered that the Honduran passport and U.S. visa submitted by NORMA ARACELY SIERRA FIGUEROA were genuine. However, the U.S. visa had been obtained with fraudulent statements made by the defendant. The application for a non-immigrant visa asks "Have you ever been unlawfully present, overstayed the amount of time granted by an Immigration official or otherwise violated the terms of a U.S. visa?" The defendant answered "no." Records showed she entered the U.S. on April 19, 2008 with authorization to stay until October 18, 2008. The defendant departed on December 16, 2009, incurring an overstay of 1 year, 1 month and 28 days. The defendant admitted her overstay and falsely answering "no" when asked about an overstay on her visa application.

NARCISO FERNÁNDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

MAY 27, 2015     at     Miami, Florida
Date                                      City and State

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer