UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20390-CR-BLOOM/VALLE**

18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

vs.

**NORMA ARACELY SIERRA FIGUEROA,**

  Defendant.

_____/

### INFORMATION

The United States Attorney charges that:

On or about May 25, 2015, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NORMA ARACELY SIERRA FIGUEROA,**

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation for entry into the United States, that is, a United States visa, which the defendant knew was procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DIANE PATRICK
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

NORMA ARACELY SIERRA FIGUEROA,

    **Defendant.**
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

**Court Division**: (Select One)

- _x_ Miami    ____ Key West
- ____ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    _x_
   - II    6 to 10 days    ____
   - III    11 to 20 days    ____
   - IV    21 to 60 days    ____
   - V    61 days and over    ____

   (Check only one)
   - Petty    ____
   - Minor    ____
   - Misdem.    ____
   - Felony    _x_

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    Yes
   If yes:
   Magistrate Case No.    15-mj-2717-PAW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    05/26/15
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _x_ No

                                       _/s/ Diane Patrick_
                                       DIANE PATRICK
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No. 0770744

*Penalty Sheet(s) attached                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  NORMA ARACELY SIERRA FIGUEROA

**Case No:** _____

Count #:1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

\*Max. Penalty: 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| NORMA ARACELY SIERRA FIGUEROA, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*