UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20390-CR-BLOOM

UNITED STATES OF AMERICA

v.

NORMA ARACELY SIERRA FIGUEROA,
Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts pertaining to a violation of Title 18, United States Code, Section 1546(a).

On May 25, 2015, the defendant, a citizen and national of Honduras, arrived at Miami International Airport in the Southern District of Florida aboard American Airlines flight #956 from Tegucigalpa, Honduras. She presented a valid Honduran passport containing a United States visa to U.S. Customs and Border Protection ("CBP") officers for entry into the United States. The defendant was referred to secondary inspection as a possible overstay.

In secondary inspection, queries into immigration records indicated that the defendant had been admitted previously into the United States on April 19, 2008, and was authorized to stay for six months. However, airline records indicated that she did not depart the United States until December 16, 2009. CBP officers retrieved a copy of the defendant's visa application executed on April 24, 2012. A review of the application indicated that the defendant falsely answered "No" to the following questions: "Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa?" and "Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United

1

States immigration benefit by fraud or willful misrepresentation or other unlawful means?" Also, in answer to the question pertaining to the duration of her last five visits to the United States, the defendant stated that she remained in the United States for only five weeks commencing April 19, 2008. In an unsworn declaration at the end of the application, the defendant certified under penalty of perjury that she had read and understood all of the questions and answers, even if prepared by a third party, and that all of her answers were true and correct.

In secondary examination the defendant provided a sworn statement to CBP officers in which she admitted she overstayed in the United States for more than a year, and that she obtained a false entry stamp. The defendant told officers that she made the false statements on the visa application because she was afraid her visa would be denied if she told the truth.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/12/15       By: _____
                    DIANE PATRICK
                    ASSISTANT UNITED STATES ATTORNEY

Date: 6/12/15       By: _____
                    BONNIE PHILLIPS-WILLIAMS
                    ATTORNEY FOR DEFENDANT

Date: 6/12/15       By: _____
                    NORMA ARACELY SIERRA FIGUEROA
                    DEFENDANT